IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| P.W.,<br><br>   *Plaintiff,*<br><br> v.<br><br>CHESTER COMMUNITY CHARTER SCHOOL,<br><br>   *Defendant.* | CIVIL ACTION<br><br>NO. 22-840 |

### ORDER

**AND NOW**, this 20th day of September 2022, upon consideration of Defendant's Motion to Dismiss (ECF 3), Plaintiff's Response (ECF 5), and Defendant's Reply (ECF 6) it is hereby **ORDERED** that Defendant's Motion is **GRANTED**. Plaintiff's Complaint is **DISMISSED without prejudice**. Plaintiff may amend her Complaint on or before October 20, 2022, if she can allege facts establishing a constitutional violation.

              BY THE COURT:

              ***/s/ Gerald J. Pappert***
              GERALD J. PAPPERT, J.